**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY ZILIUS,           ) | FILED:   JUNE 26 , 2008 |
| )                         | 08CV3667 |
| Plaintiff,     ) | JUDGE COAR |
| ) | MAGISTRATE JUDGE SCHENKIER |
| vs.              ) | Civil Action No. |
| ) | NF |
| KCA FINANCIAL SERVICES, INC.,  ) | |
| ) | |
| Defendant.   ) | |

**COMPLAINT**

NOW COMES the Plaintiff, KIMBERLY ZILIUS, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, KCA FINANCIAL SERVICES, INC., and alleging as follows:

**PRELIMINARY STATEMENT**

1.    This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

**JURISDICTION AND VENUE**

2.    Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

**PARTIES**

3.    Plaintiff, Kimberly Zilius, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Buffalo Grove, State of Illinois.

4.    At all relevant times herein, Defendant, KCA Financial Services, Inc., ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed to Northwest Radiology Associates.

1

5.　　Defendant is a corporation that has its principal place of business and its offices located in the State of Illinois.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. KCA FINANCIAL SERVICES, INC.

6.　　On March 2, 2008, Plaintiff ordered and received a copy of her credit file from Equifax Information Services, LLC.

7.　　On Plaintiff's credit file was a collection account reported by Defendant listed as "Discharged in Bankruptcy".

8.　　Plaintiff disputed this report as she never filed for bankruptcy and received a response stating that the account had been verified as reported accurately by Defendant and would remain on Plaintiff's credit file.

9.　　In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

　　　a.　　Falsely represented the character, amount or legal status of any debt in violation of 15 U.S.C. § 1692e(2)(A); and

　　　b.　　Communicated or threatened to communicate to any person credit information which is known or which should be known to be false, including the failure to communicated that a disputed debt is disputed in violation of 15 U.S.C. § 1692e(8).

10.　　As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, KIMBERLY ZILIUS, by and through her attorneys, respectfully prays for judgment as follows:

a.  All actual compensatory damages suffered;

b.  Statutory damages of $1,000.00 for Plaintiff;

c.  Plaintiff's attorneys' fees and costs;

d.  Any other relief deemed appropriate by this Honorable Court.

***\*\*\*PLAINTIFF REQUESTS A TRIAL BY JURY \*\*\****

Respectfully Submitted,
**KIMBERLY ZILIUS**


By:   s/Larry P. Smith
       Attorney for Plaintiff

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.    (312) 222-9028
Fax    (312) 602-3911
e-mail  lsmith@lpsmithlaw.com