IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ZILIUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 08-CV-3667 |
| | ) |
| KCA FINANCIAL SERVICES, INC., | )   Judge Coar |
| | ) |
| Defendant. | ) |

## VOLUNTARY MOTION TO DISMISS

NOW COMES the Plaintiff, KIMBERLY ZILIUS, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, KCA FINANCIAL SERVICES, INC., with prejudice and without costs to be paid to any party.

        Respectfully Submitted,
        **KIMBERLY ZILIUS**

    By:   */s Larry P. Smith*
           Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue, 40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911