IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY ZILIUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-3667 |
| | ) | |
| KCA FINANCIAL SERVICES, INC., | ) | Judge Coar |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT ON August 26, 2008, there was filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Voluntary Motion to Dismiss with prejudice,** a copy of which is attached hereto and herewith served upon you.

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, an attorney for Plaintiff, certify that on August 26, 2008, a copy of the foregoing was sent to the following party or parties by depositing the same in the United States mail with sufficient postage affixed thereon and addressed as follows:

KCA FINANCIAL SERVICES, Inc.
Attn: Legal Department
628 North Street
Geneva, Illinois 60134

By:    */s Larry P. Smith*
       Larry P. Smith
       Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue, 40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911